UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00419-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALONZO TORRES-MEDINA, a/k/a Alonso Torres-Medina, a/k/a Alonzo Torrez-Medina, a/k/a Alonnzo Torrez-Medina, a/k/a Alonso Torres, a/k/a Alonso Torres Sierra, a/k/a Alonso Sierra, a/k/a Fernando Ochoa Torres, a/k/a Fernando Alonzo Torres,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, November 30, 2009,** and responses to these motions shall be filed by **Monday, December 7, 2009.** The parties shall contact Chambers should a motions hearing and/or final trial preparation conference become necessary.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, December 14, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: October 16, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge