UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00419-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALONZO TORRES-MEDINA, a/k/a Alonso Torres-Medina, a/k/a Alonzo Torrez-Medina, a/k/a Alonnzo Torrez-Medina, a/k/a Alonso Torres, a/k/a Alonso Torres Sierra, a/k/a Alonso Sierra, a/k/a Fernando Ochoa Torres, a/k/a Fernando Alonzo Torres,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on November 5, 2009. Accordingly the jury trial set for December 14, 2009 is hereby **VACATED.** A Change of Plea hearing is set for **Tuesday, February 2, 2010 at 1:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  November 5, 2009